UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKIT KUMVACHIRAPITAG,<br><br>           Plaintiff,<br><br>    v.<br><br>BARACK OBAMA,<br><br>           Defendant. | Case No.  14-cv-03182-KAW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

Plaintiff, proceeding *pro se*, filed this action on July 14, 2014.[1]  (Compl., Dkt. No. 1.)  The complaint is captioned as a "Motions to Sues Entire Banks of America and Entire Communities Banking, et. al." (*Id.* at 1.)  He seeks "$ 1,000,000,000,000.00 one trillions dollars anuually." *(Id.)* Plaintiff's pleading is strikingly similar to complaints that have already been dismissed with prejudice in three other cases filed in this district. *See Kumvachirapitag v. Gates*, Case Nos. C 11-04405 JSW, C 11-04510 JSW, Dkt. Nos. 15, 18; *Kumvachirapitag v. Gates*, Case No. 12-5075 JSC, Dkt. No. 23.

The Court has an independent obligation to determine whether it has subject matter jurisdiction over a case. *United States v. Moreno-Morillo*, 334 F.3d 819, 830 (9th Cir. 2003).  The plaintiff has the burden to establish that subject matter jurisdiction is proper. *Ass'n of Am. Med. Colleges v. United States*, 217 F.3d 770, 778-79 (9th Cir. 2000).  The face of the complaint must state the grounds for federal subject matter jurisdiction over an action. *See* Fed. R. Civ. P. 8(a); *Kats v. Lucille Salter Packard Children's Hosp. at Stanford*, C-95-1960-VRW, 1995 WL 463668,

---

[1] Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the undersigned's jurisdiction, and Defendants, not yet served, are not parties to this case. *See Third World Media, LLC v. Does 1-1568,* No. C 10-04470 LB, 2011 WL 4344160, at *3 (N.D. Cal. Sept. 15, 2011).

1  at *1 (N.D. Cal. July 17, 1995).  A plaintiff can allege proper federal subject matter jurisdiction by
2  making a federal claim or pleading diversity jurisdiction.  *See* 28 U.S.C. §§ 1331, 1332.

3  Plaintiff's complaint, together with a subsequently filed appendix, consists of over 100
4  pages of indecipherable text.  Given the nature of the filing, the Court cannot infer a proper basis
5  for subject matter jurisdiction.  None of the text in the complaint rises to the level of a discernable
6  factual allegation that would support an inference that some misconduct has occurred or that any
7  named defendant could potentially be responsible for that misconduct, much less that such
8  conduct might be the basis for a plausible federal claim or a ground for exercising diversity
9  jurisdiction.

10  Accordingly, the Court hereby orders Plaintiff to show cause why this case should not be
11  dismissed for lack of subject matter jurisdiction.  Plaintiff shall file a written response to this order
12  to show cause within 14 days.  Plaintiff is on notice that merely re-filing a modified version of a
13  document he has already filed in this case will not be considered a response to this order to show
14  cause.  If Plaintiff fails to file a timely response to this order, the Court may dismiss this case.

15  **IT IS SO ORDERED.**

16  Dated: 09/15/2014

KANDIS A. WESTMORE
United States Magistrate Judge