UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKIT KUMVACHIRAPITAG,<br><br>Plaintiff,<br><br>v.<br><br>BARACK OBAMA,<br><br>Defendant. | Case No. 14-cv-03182-KAW<br><br>**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

On September 15, 2014, this Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. (Order, Dkt. No. 22.) Plaintiff was to file a written response to the order within 14 days. (*Id.* at 2.)

Since the Court issued the order to show cause, Plaintiff has filed several documents in this case. Between September 15 and September 17, Plaintiff filed three "Managements Statements." (Dkt. Nos. 24, 25, 26.) On September 22, 2014, he filed two documents. The first is a 21-page document captioned "#11 and #12 (Managements Statements and to Confirm the Entrie Orders, et al." (Dkt. No. 28.) The second is a document captioned "Motions to Sues Entire Frauds . . . . " (Dkt. No. 27.) These filings resemble many of Plaintiff's prior filings in that they consist of numerous pages of indecipherable text. (*See id.*)

On September 23, 2014, Plaintiff filed a 17-page document that consists of a certificate of service, a proposed summons, mailing receipts, and a copy of the September 15, 2014 order to show cause.[1] (Dkt. No. 29.) On September 30, 2014, Plaintiff filed an 87-page document

---

[1] Given that Plaintiff included a copy of the order to show cause in his September 23, 2014 filing, the Court is satisfied that Plaintiff was aware of his obligation to file a written response to the order.

1  captioned "Motion to Appear by the Telephone on October, 14-2014." (Dkt. No. 30.) On October
2  1, 2014, he filed a document captioned "To Sues Entire Frauds Coldwell Banker Internationals, et.
3  al. To Sues Entire Frauds Coldwell Banker Residentials Brokerage, et. al." (Dkt. No. 31.) None
4  of these filings contain a response to the Court's order to show cause.

As explained in that order, the Court cannot infer a proper basis for subject matter jurisdiction in this case. (Order at 2.) Plaintiff has not filed anything with the Court to suggest otherwise. Accordingly, this case is dismissed for lack of subject matter jurisdiction. All pending motions, hearings, and deadlines are terminated. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: 10/06/2014

KANDIS A. WESTMORE
United States Magistrate Judge

2