UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUKIT KUMVACHIRAPITAG,

    Plaintiff,

v.

BARACK OBAMA,

    Defendant.

Case No. 14-cv-03182-KAW

**ORDER**

On October 6, 2014, the Court dismissed the above-captioned case for lack of subject matter jurisdiction, and the case was closed. (*See* Order, Dkt. No. 32.) Plaintiff, however, continues to file documents in this case. Because this case remains closed, any filings seeking relief from this Court are improper and will not be considered. If Plaintiff wishes to challenge the order dismissing this case, he may appeal to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED**.

Dated: 10/16/2014

KANDIS A. WESTMORE
United States Magistrate Judge